IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MARCELUS DWAIN WILLIAMS,

          Plaintiff,

v.                                               CIVIL ACTION NO. 3:17-4254

WEST VIRGINIA REGIONAL
JAIL OFFICER THOMPSON (FNU);
WESTERN REGIONAL JAIL; and
WEST VIRGINIA REGIONAL JAIL
AUTHORITY,

          Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's Complaint (ECF No. 2) be dismissed, with prejudice, and this civil action be removed from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Plaintiff's Complaint (ECF No. 2) be **DISMISSED**, **with prejudice**, and this civil action be **REMOVED** from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: March 8, 2018

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE